UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT E. COFIELD, | No.  2:12-cv-3060-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 19, 2014, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.,* 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

`Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 19, 2014, are adopted in full;

2. Claims against defendants Robertson and Garbutt be dismissed from this action for failure to state a claim upon which relief may be granted and claims against defendants Young, Alkier, Bauer, and Maydole are dismissed as improperly joined; and

3. Plaintiff's motion for injunctive relief (ECF No. 24) is denied.

DATED: March 31, 2014.

_____
UNITED STATES DISTRICT JUDGE