UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT E. COFIELD, | No.  2:12-cv-3060-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| MIRANDA, et al.,[1] | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On February 19, 2014, the court ordered plaintiff to submit the necessary documents to effectuate service of process on defendants through the United States Marshal. Plaintiff submitted all of the required documents, except for the four required copies of his 162-page complaint.[2]  It is plaintiff's responsibility to provide the documents required for service of process, including sufficient copies of his complaint.  Plaintiff has not complied with the court's order.  To effectuate service, plaintiff must submit four copies of the complaint as ordered by the court.

/////

---

[1] The Clerk of the Court shall update the caption to this case.

[2] The Clerk previously provided plaintiff with of a copy of the complaint to allow plaintiff to make the required copies.

1

1  Accordingly, IT IS HEREBY ORDERED that within 21 days from service of this order,
2 plaintiff shall complete the attached Notice of Submission of Documents and submit it to the
3 court with four copies of the endorsed November 25, 2013 complaint.  Failure to comply with this
4 order may result in dismissal of this action.
5 DATED:  April 8, 2014.

          EDMUND F. BRENNAN
          UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT E. COFIELD,<br><br>        Plaintiff,<br><br>   v.<br><br>MIRANDA, et al.,<br><br>        Defendants. | No.  2:12-cv-3060-KJM-EFB P<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

             4         copies of the endorsed November 25, 2013 complaint

DATED:

```
                              _____
                              Plaintiff
```