IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VINCENT COFIELD,** | Case No. 2:12-cv-03060 KJM EFB P |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **UNKNOWN, et al.,** | |
| Defendants. | |

The Court has considered Defendants' motion to modify the Discovery and Scheduling Order to extend the deadline to file dispositive motions. Good cause appearing for this request, the motion is GRANTED. The deadline to file dispositive motions is extended to April 27, 2015.

**IT IS SO ORDERED.**

Dated: March 4, 2015

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1